B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Schofield Media, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FKA Schofield Media Group, LLC; FKA Redcoat Publishing, LLC | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>43-2069601 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>200 E. Randolph St.<br>70th Floor<br>Chicago, IL          ZIP Code 60601 | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP Code | Mailing Address of Joint Debtor (if different from street address):          ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
 See Exhibit D on page 2 of this form.
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Schofield Media, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____  Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                     Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Schofield Media, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Steven B. Towbin
   Signature of Attorney for Debtor(s)

   Steven B. Towbin (#2848546)
   Printed Name of Attorney for Debtor(s)

   Shaw Gussis et al
   Firm Name

   321 N. Clark Street
   Suite 800
   Chicago, IL 60654
   Address

   312-541-0151  Fax: 312-980-3888
   Telephone Number

   November 21, 2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Brian J. Reshefsky
   Signature of Authorized Individual

   Brian J. Reshefsky
   Printed Name of Authorized Individual

   Chief Bankruptcy Officer
   Title of Authorized Individual

   November 21, 2011
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Northern District of Illinois

In re    Schofield Media, LLC                                 Case No. _____

                                     Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                   314

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    November 21, 2011               /s/ Brian J. Reshefsky _____

                                          Brian J. Reshefsky/Chief Bankruptcy Officer
                                          Signer/Title

Accelper Consulting
1139 Tower Rd
Schaumburg, IL 60173


Adams, Lisa
2123 Belle Plaine
Chicago, IL 60618


AdJuggler, Inc.
5440 Cherokee Ave
Suite 100
Alexandria, VA 22312


Adrienne Hele Photography
5 Brixton Road
Garden City, NY 11530


Alpine Audio Visual, Inc
1025 Rosewood, Suite 101
Boulder, CO 80304


Alta Office Services
630 W. Colorado St
Glendale, CA 91204-1104


Amanda Baltazar
PO BOX 922
Anacortes, WA 98221


American Express Travel Related Services
c/o Jaffe & Asher LP
600 Third Avenue
New York, NY 10016-1901


American Funds
P.O. Box 659530
San Antonio, TX 78265-9350


Anderson, John-Paul
12 Liberty Street
Beverly, MA 01915


Arnold, Paul
N1641 Fairview Lane
Fort Atkinson, WI 53538

AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416


Aylouche, Mary
31 Prospect St
Unit 5
Marblehead, MA 01945


Barney, Caroline
98a Bow St.
Medford, MA 02155


Barry, Kathleen
132 Madrona Way Ne
Bainbridge Island, WA 98110


Bing, Daniel
6 Hale St
Rockport, MA 01966


Black, Lawrence
11 Woodland Ave
Beverly, MA 01915


Blanch, Jeffrey
3 Old Dodgingtown Road
Bethel, CT 06801


BPA Worldwide
100 Beard Sawmill Rd
6th Floor
Shelton, CT 06484


Breakthrough Management Group, Inc.
Attn: Accounts Payable
1200 17th St., Suite 180
Denver, CO 80202


Budnik, Heather
839 W. Sheridan Rd.
Apt 215
Chicago, IL 60613

Burns, Clark
13 Sawmill Rd
Atkinson, NH 03811


Business Process Excellence LLC
7273 W. Otero Ave.
Littleton, CO 80128-5639


Business901
1070 Lake Pointe Dr.
Fort Wayne, IN 46845


Cadigan, Linda
537 5th Ave South
Edmonds, WA 98020


Calcote, Samuel
5122 Thomas Dr.
Richton Park, IL 60471


Cambridge Transportation
36392 Treasury Center
Chicago, IL 60694-6300


Cancino, Nicoya
2543 West Homer Street
Chicago, IL 60647


Carson, Colleen
1718 Forest Cove Drive
Apt. 108
Mount Prospect, IL 60056


CDW
200 N. Milwaukee Ave.
Vernon Hills, IL 60061


CDW Direct LLC
PO Box 75723
Chicago, IL 60675-5723


Charles Carroll
15641 W. 138th Terrace
Olathe, KS 66062

Chavez, Susan
10455 S Ave J
Chicago, IL 60617


ChicagoMicro
21 S Evergreen St
Suite 250
Arlington Heights, IL 60005


CIMCO Communications, Inc
16333 Collections Center Drive
Chicago, IL 60693


Cingular Wireless
PO Box 6428
Carol Stream, IL 60197-6428


Cioletti, Jeffrey
307 7th St
2nd Floor
Jersey City, NJ 07302


Cirillo, Jennifer
634 Cedar St.
Mamaroneck, NY 10543


City of Chicago
Dept of Business Affairs
121 N. LaSalle Street, Room 800
Chicago, IL 60602


City of Chicago Dept of Revenue
121 N. LaSalle St.
Room 107
Chicago, IL 60602


CleanNet of New England Inc.
100 B Maple Street
Stoneham, MA 02180


Cogent Communications, Inc.
P.O Box 791087
Baltimore, MD 21279-1087

ComEd
PO Box 6111
Carol Stream, IL 60197-6111


Commuter Check Service Corp.
51 Water Street
Watertown, MA 02472


Conroy, Johnathan
10 Summit Ave
Unit 13
Beverly, MA 01915


Creative Data Services, INC.
440 Quadrangle Dr
Suite E
Bolingbrook, IL 60440


Creative Synergy
PO Box 75
Saint Peter, MN 56082


Crowley, Daryle
8 Kenmore Drive
Danvers, MA 01923


CSP Information Group, LLC
1911 S. Lindsay Road
Mesa, AZ 85204


CT Department of Labor
200 Folly Brook Blvd.
Wethersfield, CT 06109


CT Deptartment of Revenue
25 Sigourney Street
Suite 2
Hartford, CT 06106


Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801-6396

Curtis Law LLC
Tree Studios
4 E. Ohio, Suite 21
Chicago, IL 60611


CyberSource Corporation
File 74009
P.O. Box # 60000
San Francisco, CA 94160


David Neff Photography
76 Richardson St.
#8
Brooklyn, NY 11211


Davidson, Anastacia
4449 N Damen Ave
Apt P3
Chicago, IL 60625


De Jesus, Christopher
70 Broad Street
Salem, MA 01970


De Larosa, Magdalena
3113 W Pershing Rd
Chicago, IL 60632


Deadline Factory
4429 Back Creek Church Rd
Charlotte, NC 28213-5251


Dell Business Credit
Payment Processing Center
P.O. Box 5292
Carol Stream, IL 60197-5292


Department of Labor & Industries
PO Box 34022
Seattle, WA 98124-1022


Devito, Brett
116 Rantoul St
#404
Beverly, MA 01915

Diane Landers
c/o Killebrew & Bora, LLC
53 W. Jackson Blvd., Suite 602
Chicago, IL 60604


Diane Landers
c/o Lankenau & Miller, LLP
132 Nassau Street, Suite 423
New York, NY 10038


Diane Landers
c/o The Gardner Firm
210 S. Washington Ave.  P O 3103
Mobile, AL 36652


Dickman, Matthew
1025 W. Altgeld St.
Unit 3
Chicago, IL 60614


Dillon, Angela
c/o Phoenix Media
79 W. Monroe St., Suite 400
Chicago, IL 60603


Dolen, Melissa
14 Highland Ave
Winthrop, MA 02152


Don Sadler
230 Westbury Lane
Johns Creek, GA 30005


Don Sadler, LLC
230 Westbury Lane
Johns Creek, GA 30005


Dorich, Alan
On 740 Woods Ave
Wheaton, IL 60187


Dudzienski, Jennifer
1426 W Superior St
Apt Ch3
Chicago, IL 60642

Dunn, Kevin
421 Essex Street
Salem, MA 01970


Duzinskas, Diana
17204 S 71st Court
Apt 10
Tinley Park, IL 60477


Eagleton, Melvin
4424 S Michigan Ave
Apt. 204
Chicago, IL 60653


Ellis, Kenneth
5406 Edgewood Pl
#3
Los Angeles, CA 90016


Ely, Melissa
444 St. James Place
#1007
Chicago, IL 60614


Employment Development Department
PO Box 826880
UIPCD, MIC 40
Sacramento, CA 94280-0001


Employment Security Department
PO Box 34467
Seattle, WA 98124


Equable
4 Impasse Guy de Maupassant
78670 Medan IDF
France


Esquivel, Michael
10256 Avenue L
Apt. 2
Chicago, IL 60617

Evans, Michael
444 W Fullerton
#1805
Chicago, IL 60614


EverBank
Dept # 1608
Denver, CO 80291-1608


Fiden, Erin
200 N Jefferson
#1910
Chicago, IL 60661


Flynn, Meghan
517 Broughton Dr
Beverly, MA 01915


Francella, Kevin
514 Pinebrook Blvd
New Rochelle, NY 10804


Francesconi, Joy
7 Goodwin Rd
Beverly Farms, MA 01915


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0511


Frausto, Lucia
2442 West Iowa
2r
Chicago, IL 60622


Friars 667 Limited
c/o Mayer Brown & Platt LLP
71 S. Wacker Dr.
Chicago, IL 60606


Gager, Russell
1816 W School St
Chicago, IL 60657

Gaines, Amanda
16 Bentley St
Apt 1
Salem, MA 01970


Garvin, Erica
33 Lowe Street
Tewksbury, MA 01876


Gary Cox
4 Cross Road
Dartmouth NS B2W 3G9
Canada


Geverola, Raquel
852 N Ashland Avenue
Apt 2
Chicago, IL 60622


Gildea, Hugh
c/o Phoenix Media
79 W. Monroe St., Suite 400
Chicago, IL 60603


Global Employment Solutions
350 East Devon Ave.
LBX#774346
Itasca, IL 60143


Globalcom, Inc.
P.O. Box 71-5248
Columbus, OH 43271-5248


Glos, Robert
13819 Secretariat Lane
Orland Park, IL 60467


Gonzalez, Robert
6525 Woodman Ave.
Valley Glen, CA 91401


Greenberg, David
200 E Chestnut
1007
Chicago, IL 60611

Grove, Christine
210 Nw 131st Street
Seattle, WA 98177


Grzeskowiak, Elisangela
1541 N Detroit St
#02
Los Angeles, CA 90046


Guest, Sarah
577 East Broadway
Apt. 2
Boston, MA 02127


Hallmark Data Systems, LLC
Attn: Accounts Receivable
7300 Linder Ave
Skokie, IL 60077


Hambrick, Ron
18411 Hatteras St
Unit 123
Tarzana, CA 91356


Harish Jose
2027 Preston Woods Pkwy
Lake St. Louis, MO 63367


Harrington, James
6335 Nevada Ave
Hammond, IN 46323


Harris, James
1104 Mercury Drive
#1a
Schaumburg, IL 60193


Hatting, Steven
3823 N Drake St
#2
Chicago, IL 60618


Headlines
17728 170th
Spring Lake, MI 49456

Hein, Erin
1122 W Catalpa Ave
#903
Chicago, IL 60640


Heine, Bitten
451 S. Main Street
#809
Los Angeles, CA 90013


Helmann, Mike
1645 West School Street
Chicago, IL 60656


Henderson, Jerome
2033 W Armitage
Apt 2
Chicago, IL 60647


Hernandez, Daisy
610 Greenbay Ave
Calumet City, IL 60409


Herrera, Benjamin
6632 West 80th Place
Los Angeles, CA 90045


High Ridge Partners, Inc.
140 S. Dearborn St.
Suite 420
Chicago, IL 60603


Hinestrosa, Christian
841 S Orange Drive
Los Angeles, CA 90036


Houston, Jonathan
163 Holten St
Danvers, MA 01923


Howard, Tonisha
1530 East 65th Place
Chicago, IL 60637

```
ILLINOIS DEPARTMENT OF EMP SECURITY
BENEFIT PAYMENT CONTROL DIV
PO BOX 4385
CHICAGO, IL 60680


Illinois Department of Revenue
100 W. Randolph
Bankruptcy Section L 7-425
Chicago, IL 60602


Illinois Department of Revenue
P.O. Box 19447
Springfield, IL 62794


Illinois Dept Employment Security
33 S. State, 9th Fl.
Chicago, IL 60603


Impact Networking
21146 Network Place
Chicago, IL 60673-1211


Impact Networking LLC
Dept 5270
PO Box 1170
Milwaukee, WI 53201-1170


Infogroup / Edith Roman
P.O. Box 3243
Omaha, NE 68103


InfoTrack Information Svs, Inc.
111 Deerlake Rd.
Suite 105
Deerfield, IL 60015


Ingoldsby, Amy
33 Liberty St
Danvers, MA 01923


inLine Solutions
6200 E.Thomas Rd.
Suite 203
Scottsdale, AZ 85251
```

Inquiry Mangement Systems Inc.
3145 East Warm Springs
Bldg 11, Suite 200
Las Vegas, NV 89120


Integra Strategic
44 Exchange Street
Suite 301
Portland, ME 04101


Integra Strategic Technologies Cons
30 Danford Street
Suite 305
Portland, ME 04101


INTERMEDIA PARTNERS 2
In der Fleute 46
Wuppertal, D-42389
GERMANY


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA, PA 19114


Jones, Kathryn
5050 N Sheridan Road
Apt 407
Chicago, IL 60640


Jordan Edmiston Group, Inc.
150 E. 52nd Street, 18th Floor
New York, NY 10022


Kaplan, Andrew
72-10 112th St
#4k
Forest Hills, NY 11375

Kelly, Michael
1 Cherry Street
Wenham, MA 01984


Kelsch, Christopher
21021 N Crestview Drive
Barrington, IL 60010


Keohane, Linda
10 Pulaski St
Apt 1
Peabody, MA 01960


Khatua, Moumita
3950 N Lake Shore Dr
Unit 219
Chicago, IL 60613


Kimmel, Martin
2020 N Lincoln Park West
#19j
Chicago, IL 60614


Kondilis, Karen
54 Tuckerman Street
Revere, MA 02151


Kraemer, Tim
1529 N. Milwaukee
#3
Chicago, IL 60622


Krukowski, John
586 S Mitchell Ave
Elmhurst, IL 60126


Kushner-Degroot, Judy
193 Chebacco Rd
Hamilton, MA 01982


LA County Tax Collector
P.O. Box 54027
Los Angeles, CA 90054-0027

Landa, Lisa
5002 W 83rd Street
Burbank, IL 60459


Landers, Diane
12037 S Lafayette Ave
2ncd Floor
Chicago, IL 60628


Landi, Heather
3200 Giegerich Pl
Bronx, NY 10465


Lannon, Edward
9 Homestead Ln
Rowley, MA 01969


Law Office of Hayes Gori, PLLC
271 Wyatt Way NE
Suite 112
Bainbridge Island, WA 98110


Lean 6 Solutions, Inc. (LSSI)
2048 Muirfield Village Way
Raleigh, NC 27604


Legacy Partners Commercial, Inc.
4551 Glencoe Ave.
Suite 255
Marina del Rey, CA 90292


Legacy Partners Commercial, Inc.
6300 Wilshire Blvd.
Suite 810
Los Angeles, CA 90048


Legacy Partners II
PO Box 60075
Charlotte, NC 28260-0075


Lenora Dannelke
319 N. 8th St.
Allentown, PA 18102-3201

Lerner, Beth
1524 S Sangamon St
Chicago, IL 60608


Lingle, J
1648 N Fairfield
#2
Chicago, IL 60647


Luby, Sean
1325 N Ashland
2nd Floor
Chicago, IL 60622


Lyza, Daniel
125 Salisbury Dr
Munster, IN 46321


M Resort, Spa, Casino
12300 Las Vegas Blvd. South
Henderson, NV 89044


MA Department of Revenue
PO Box 7010
Boston, MA 02204


MA Dept of Workforce Development
Unemployment Insurance Division
19 Staniford St.
Boston, MA 02114


Mann, Nicholas
16 Blaine Ave
1l
Beverly, MA 01915


Marshall, Shannon
600 S Dearborn
#314
Chicago, IL 60605


Matt Bolch
1262 Euclid Ave. NE
Atlanta, GA 30307

May, Troy
10358 Bellwood Ave
Apt. 215
Los Angeles, CA 90064


McCafferty, Kevin
1 Ledgewood Way
16
Peabody, MA 01960


McNickle, Michelle
59 Morton Ave
Medford, MA 02155


McSpadden, Christopher
31 Cedar Street
North Reading, MA 01864


Mendoza, Mariana
2324 S Albany
Apt 2
Chicago, IL 60623


Merino W International
6380 Twin Springs Ave
Oak Park, CA 91377


Miller, Joseph
20 Summit Ave
Beverly, MA 01915


Modrich, Michael
311 S Doheny Dr
304
Los Angeles, CA 90048


Moore, Melissa
1406 Marengo
Forest Park, IL 60130


Morelli, David
20 Nicholson Street
Marblehead, MA 01945

Morgan, Jamie
1916 N Drake
1w
Chicago, IL 60647


Morris, Rachel
434 West Aldine Ave
2b
Chicago, IL 60657


Morrissey, Matthew
213 N Brainard St
Apt. 2r
Naperville, IL 60540


Muir, Caroline
1928 N Dracena Drive
#5
Los Angeles, CA 90027


National Grid
PO Box 11737
Newark, NJ 07101-4737


NEC Financial Service Inc
24189 Network Place
Chicago, IL 60673-1241


Neidhardt, Adam
38 W Main St
Georgetown, MA 01833


Netline Corporation
750 University Ave, Suite 200
Los Gatos, CA 95032


Newman, Judy
7400 Hollywood
Apt 412
Los Angeles, CA 90046


Nikolova, Milena
4547 N Dover St
Apt 3h
Chicago, IL 60640

Nodal, Victoria
2033 W Armitage Ave
Apt 2
Chicago, IL 60647

Nxtbook Media
480 New Holland Ave
Suite 9000
Lancaster, PA 17602

NY State Dept of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

NYS Dept of Labor/W A Harriman Camp
Bldg 12, Room 256/ Unemp Insurance
Central Assg & Collection Svcs
Albany, NY 12240-0001

O'Brien, Susan
16 Goodwin Rd
Beverly, MA 01915

O'Donnell, Jason
1340 West Granville
2e
Chicago, IL 60600

O'Donnell, Matthew
26 Riverside St
Danvers, MA 01923

Oregon Department of Revenue
955 Center St NE
Salem, OR 97301-2555

Ortiz, Olivia
5542 N. Artesian Ave.
Apt. 3a
Chicago, IL 60625

Oz Pearlman
321 E 89th St, Apt. 5F
New York, NY 10128

Palmerini, Jaime
16 Border St
Apt C-2
Lynn, MA 01905


Parks, Bradley
850 N Dewitt Place
#18k
Chicago, IL 60611


Pastorello, Stephen
63 Gateway Ln
Lynn, MA 01905


PCAM
6300 Wilshire Boulevard
P-4
Los Angeles, CA 90048


Pedersen, Christina
3100 W Addison St
3a
Chicago, IL 60618


Pelonzi, Anthony
14 Eisenhower Avenue
Beverly, MA 01915


Perry, John
90 Middle Street
Gloucester, MA 01930


Petersen, Chris
720 Four Seasons Blvd
Aurora, IL 60504


Piedmont Operating Partnership, LP
Wells REIT Chicago Ctr Owner, LLC
Department 7927
Carol Stream, IL 60122-7927


Pilarczyk, Tracy
2055 West Cuyler
#1
Chicago, IL 60618

Pires, John
1157 W Diversey Pkwy
Apt 401
Chicago, IL 60614


Pisa, Rocky
364 Cabot St
Beverly, MA 01915


Pisa, Tiffany
11 Turner St.
Apt. 2
Salem, MA 01970


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes, Inc.
P.O. Box 371896
Pittsburgh, PA 15250-7896


Pitt, Elena
222 North Columbus Drive
Apt 2502
Chicago, IL 60601


Player, Nick
7 Ledgewood Circle
Topsfield, MA 01983


Potter, Zachary
849 N Franklin
Apt 1419
Chicago, IL 60610


PQ Systems, Inc
210 B E. Spring Valley Rd.
Dayton, OH 45458


Prettyman, Richard
58 N Morgan St
#2
Boston, MA 02113

PricewaterhouseCoopers LLP
PO Box 75647
Chicago, IL 60675-5647


Psimis, Michael
1310 N Artesian
1f
Chicago, IL 60622


Putnam, Peter
2344 N Oakley Ave
Chicago, IL 60647


QuadGraphics
PO Box 98668
Chicago, IL 60693-8668


Quality Mgment Systems Solutions
PO Box 1027
Iowa City, IA 52244-1027


Quan, Jason
5 E 14th Place
Unit 1401
Chicago, IL 60605


Raphael, Christopher
24 Andrews Farm Road
Boxford, MA 01921


RedHawk Media Guides
Judith Giordano
122 Gordon Ave, 2nd FL
Sleepy Hollow, NY 10591


Regina Clark
Left Brain Leverage
PO Box 383
Goshen, NY 10924


Reshefsky, Brian
c/o Phoenix Media
79 W. Monroe St., Suite 400
Chicago, IL 60603

Ro, Nam
1412 N. Bosworth
#1
Chicago, IL 60642


Rodriguez, Crystal
288 Escanaba Ave
Calumet City, IL 60409


Rose, Jayson
1130 N Dearborn St
#3305
Chicago, IL 60610


Rose, Jill
141 Tedesco St
Marblehead, MA 01945


Ruocco, Stephanie
27 Fayette Street
#305
Beverly, MA 01915


Sage Publications India Private Ltd
B1/I1 Mohan Coop Industrial Area
Mathura Rd, New Delhi, 00011-0044
India


Salgado, Brian
4323 N Drake
Apt 1w
Chicago, IL 60618


Salter, Stanley
10208 Petit Avenue
North Hills, CA 91343


Santram, Melizza
387 Linebrook Rd
Ipswich, MA 01938


Schiele-Daniel, Olga
2 Saint Regis
Elmhurst, IL 60126

Schofield, Andrew %Mills & Reeve
1 St. James Ct Whitefriars
Norwich, NR3 1RU
UK


Schofield, Christopher
2040 N Sedgwick
Apt H
Chicago, IL 60614


Schwarz, Charles
6825 N Sheridan Road
Apt. #409
Chicago, IL 60626


Sharpe, Basil
79 Andrews St
Medford, MA 02155


Shaw Gussis
321 N. Clark Street
Suite 800
Chicago, IL 60654


Sheffield, Lindsay
43 Baldpate Rd
Georgetown, MA 01833


Shenk, Mara
320 West Illinois
Apt. 209
Chicago, IL 60654


Sheridan Press
PO Box 414784
Boston, MA 02241-4784


Simon, Thomas
212 E Lilac
Elburn, IL 60119


Siteanu, Liviu
22809 Lakeview Dr
E304
Mountlake Terrace, WA 98043

Six Sigma Products Group (SSPG)
Air Academy-Denise Rucker
1650 Telstar Dr, Suite 110
Colorado Springs, CO 80920


Slack, Eric
38 Parramatta Road
Beverly, MA 01915


Sledz, Walter
3625 N Pine Grove
#3w
Chicago, IL 60613


Smirnova, Natalya
5809 Holmes Ave
Clarendon Hills, IL 60514


Smith, Kirby
869 West Buena
Apt 602
Chicago, IL 60613


Smithart, Jason
2839 West Cullom Ave
Apt. 1w
Chicago, IL 60618


Snowden, Sandra
2822 N Cambridge Ave
Unit 31
Chicago, IL 60657


Soriano, Vida
5030 N Marine Dr
Apt 2311
Chicago, IL 60640


Spalo, Cheri
474 N Lake Shore Drive
5006
Chicago, IL 60611


Sparkletts
PO Box 660579
Dallas, TX 75266-0579

SPRINT
PO Box 4191
Carol Stream, IL 60197-4191


Staples Advantage
Dept. DET
PO Box 83689
Chicago, IL 60696-3689


Staples Business Advantage
Dept DET
PO Box 83689
Chicago, IL 60696-3689


Staples Credit Plan
Dept.51-7819455519
PO Box 689020
Des Moines, IA 50368-9020


State of NY Workers Comp Board
Bureau of Compliance
20 Park Street
Albany, NY 12207


Stegner, Kelsey
3717 N Hermitage Ave
#2f
Chicago, IL 60613


Stewart, Amy
187 Central Ave
Medford, MA 02155


Sturgess, Graeme
1424 West Hurron
#2
Chicago, IL 60622


Sullivan, Matthew
289 Essex Street
#203
Salem, MA 01970


T-Mobile
PO Box 742596
Cincinnati, OH 45274-2596

Tanner, Keason
4251 Bunker Hill Dr
Algonquin, IL 60102


Terry, Kirsten
1425 Nw 61st Street
#306
Seattle, WA 98107


Tersigni, Catherine
299 Cabot St
Apt 1
Beverly, MA 01915


Texterity
144 Turnpike Road
Southborough, MA 01772-2104


The Chaet Kaplan Baim Firm
30 North LaSalle St.
Suite 1520
Chicago, IL 60602


The NLG Maurice&Jane Sugar Law Ctr
733 St. Antoine
3rd Floor
Detroit, MI 48226


Thinkstock/Getty Images, Inc.
PO Box 953604
St. Louis, MO 63195-3604


Thomas, Gregory
4363 N Kenmore
#611
Chicago, IL 60613


Todd Marti Photography
175 Hungry Hollow Rd
Chestnut Ridge, NY 10977


Tonon, Giancarlo
540 N State St
Apt. 1010
Chicago, IL 60654

Travelers
CL Remittance Center
PO Box 660317
Dallas, TX 75266-0317


Treadwell, Bradley
1 Pearl St
Marblehead, MA 01945


Tribune Products Co
PO Box 21
Kenilworth, IL 60043


Udischas, Brandon
9542 S 49th Ave
Oak Lawn, IL 60453


Union Office Supply
226 Andover Street
Wilmington, MA 01887


UnitedHealthcare
22561 Network Place
Chicago, IL 60673-1225


UPS
Lockbox 577
Carol Stream, IL 60132-0577


USS Mezzanine Partners, L.P.
350 Park Avenue, 7th Floor
New York, NY 10022


USS Mezzanine Partners, L.P.
c/o Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154


Valley, Raymond
1020 Harbor Heights Drive
Unit B
Harbor City, CA 90710

Varela, Erico
4363 N Kenmore
Chicago, IL 60613


Vital, Julia
3051 S Saint Loius Ave
Chicago, IL 60623


W.B. Mason CO., INC.
PO Box 981101
Boston, MA 02298-1101


Walsh, Jillian
43 Nancy Ave
Peabody, MA 01960


Walter McIntyre
1668 Anne Drive
Middleburg, FL 32068


Washington State
Department of Labor & Industries
PO Box 34022
Seattle, WA 98124-1022


Weeden, Lunice
2831 141st Pl
Blue Island, IL 60406


Wells Fargo Merchant Services
5251 Westheimer Road
Houston, TX 77056-5404


Wells REIT - Chicago Ctr Owner, LLC
c/o Levenfeld Pearlstein, LLC
2 N. LaSalle St., Suite 1300
Chicago, IL 60602


Wells REIT-Chicago Ctr Owner, LLC
200 E. Randolph St.
70th Floor
Chicago, IL 60601

West, Tara
1527 1/2 S Orange Grove Ave
Los Angeles, CA 90019


WhatCounts, Inc.
3630 Peachtree Rd NE
Suite 900
Atlanta, GA 30326


White, Jacob
1242 S Wellesley Ave
#3
Los Angeles, CA 90025


White, Paul
19512 Heritage Dr
Tinley Park, IL 60487


Whitehead, Kevin
57 Sherwood Ave
Danvers, MA 01923


Wilbert, Stephen
20 Revere St
Boston, MA 02114


Wince, Patricia
5032 Maplewood Ave
#207
Los Angeles, CA 90004


Wisconsin Department of Revenue
PO Box 8902
Madison, WI 53708-8902


Wisconsin Dept of Workforce Develop
Division of Unemployment Insurance
PO Box 7945
Madison, WI 53707-7945


Woods, Randall
9747 First Ave. Nw
Seattle, WA 98117

WXIII/Oxford DTC Real Estate,LLC
c/o ARAMARK CCM
18980 Upper Belmont Place
Lansdowne, VA 20176


Wyatt, Thomas
16 Thistledale Rd
Wakefield, MA 01880


XO Communications
14239 Collections Center Drive
Chicago, IL 60693


YellowBrix, Inc
200 N. Glebe Rd.
Suite 1025
Arlington, VA 22203